UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL PAUL PARNELL,

                Petitioner,               Case No. 1:26-cv-567

v.

                                          Honorable Phillip J. Green

DALE BONN,

                Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

.

Dated: August 6, 2026 _____          /s/ Phillip J. Green _____
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge