UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL PAUL PARNELL,

               Petitioner,            Case No. 1:26-cv-567

v.

                                    Honorable Phillip J. Green

DALE BONN,

               Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: August 6, 2026                /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge